# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JEAN H. WILLIAMS** | § | **PLAINTIFF** |
| | § | |
| v. | § | **Civil Action No. 1:09cv735-LG-RHW** |
| | § | |
| **SILVER SLIPPER CASINO** | § | |
| **VENTURE, LLC** | § | **DEFENDANT** |

## JUDGMENT ON A JURY VERDICT

This action was tried by a jury with United States District Judge Louis Guirola, Jr., presiding, and the jury has rendered a verdict. It is ordered that the plaintiff recover nothing, the action be dismissed on the merits, and the defendant recover its costs from the plaintiff.

**SO ORDERED AND ADJUDGED** this the 1st day of February, 2011.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE